# United States District Court

_____ DISTRICT OF _____

Massachusetts

FILED
IN CLERKS OFFICE
2004 APR -2 P 12: 14

DISTRICT COURT
DISTRICT OF MASS.

David Deitzel

V.

Boston & Maine Corporation
& Guilford Transportation Industries, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 10497 RGS**

TO: (Name and address of defendant)

Guilford Transportation Industries, Inc.
Iron Horse Park
North Billercia, MA 01862

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Samuel Rosenthal, Esq.
Barish Law Offices
Three Parkway, Suite 1320
1601 Cherry Street
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK



(BY) DEPUTY CLERK

DATE   MAR 11 2004

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| | TITLE |

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

March 25, 2004

I hereby certify and return that on 3/24/2004 at 9:40AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to PAUL PRIMEAU, agent, person in charge at the time of service for GUILFORD TRANSPORTATION INDUSTRIES, INC., at, IRON HORSE PARK, NORTH BILLERICA, MA 01862. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($12.16) Total Charges $49.06

*George A. Hooper*
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date                                                  Signature of Server

                                                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.