UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID DEITZEL, )
    Plaintiff )
)
) Case Number: 04-10497-RGS
v. )
)
BOSTON & MAINE CORPORATION and,)
GUILFORD TRANSPORTATION )
INDUSTRIES, INC. )
    Defendants )
)

### NOTICE OF APPEARANCE

I, Ronald M. Davids of the law firm of Davids & Schlesinger, P.C. hereby enter my appearance as counsel for the plaintiff, David Deitzel, in the above-captioned matter.

DAVID DEITZEL,

By His Attorneys,

DAVIDS & SCHLESINGER, P.C.

_____
Ronald M. Davids
40 Washington Street – Suite 250
Wellesley, MA 02481
(781) 416-5055
BBO No.: 115110

Dated: July 29th, 2004