UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2004 AUG -2 P 3: 56
U.S. DISTRICT COURT
DISTRICT OF MASS

DAVID DEITZEL,
  Plaintiff

v.

BOSTON & MAINE CORPORATION and
GUILFORD TRANSPORTATION
INDUSTRIES, INC.
  Defendants

Case Number: 04-10497-RGS

### REQUEST FOR ENTRY OF DEFAULT

The plaintiff, David Deitzel, pursuant to Fed. R. Civ. P. 55(b)(2), hereby requests that the Clerk enter a default on the docket against the defendants Boston & Maine Corporation and Guilford Transportation Industries, Inc. As ground for his request, the plaintiff states that the defendants were served with the Complaint on March 24, 2004. The returns of service are on file with the Court. More than twenty days have expired and no Answer or there responsive Pleading has been filed.

WHEREFORE, the plaintiff respectfully requests that a default be entered on the docket against the defendants.

July 29, 2004

Respectfully submitted,

DAVID DEITZEL,

By His Attorneys,

DAVIDS & SCHLESINGER, P.C.

_____
Ronald M. Davids
40 Washington Street – Suite 250
Wellesley, MA 02481
(781) 416-5055
BBO No.: 115110

Dated: July 29, 2004

2