## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **David Deitzel,** | **CIVIL ACTION** |
| Plaintiff | **No. 04-10497-NMG** |
| V. | |
| **Boston & Maine Corporation and** | |
| **Guilford Transportation Industries, Inc.,** | |
| Defendant | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **David Deitzel**, for an order of default for failure of the defendant **Boston & Maine Corporation** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **29th** day of **September 2004.**

**TONY ANASTAS, CLERK**

**By:**  **/S/ Craig J. Nicewicz**
        **Deputy Clerk**

**Notice mailed to: all counsel**
     **Boston & Maine Corporation**
     **Iron Horse Park**
     **Billerica, MA 01862**