## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**David Deitzel,**                                                    **CIVIL ACTION**
                     **Plaintiff**                       **No. 04-10497-NMG**
        **V.**

**Boston & Maine Corporation and**
**Guilford Transportation Industries, Inc.,**
                     **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>David Deitzel</u>, for an order of default for failure of the defendant <u>Guilford Transportation Industries, Inc.</u> to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>29th</u> day of <u> September 2004.</u>

                                                  **TONY ANASTAS, CLERK**

                                             **/S/ Craig J. Nicewicz**
                         **By:**    _____
                                             **Deputy Clerk**

**Notice mailed to: all counsel**
       **Guilford Transportation Industries, Inc.**
       **Iron Horse Park**
       **Billerica, MA 01862**