UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10497-NMG

| | |
|---|---|
| DAVID DEITZEL | ) |
|     Plaintiff, | ) |
| vs. | ) |
| BOSTON AND MAINE CORPORATION and | ) |
| GUILFORD TRANSPORTATION | ) |
| INDUSTRIES, INC. | ) |
|     Defendants. | ) |

## NOTICE OF SPECIAL APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my special appearance as attorney for the Defendants, Boston & Maine Corporation and Guilford Transportation Industries, Inc., in the above-entitled matter for matters only relating to the Motion to Remove Default and a Stipulation of Dismissal.

    The defendants,
    Boston & Maine Corporation and Guilford
    Transportation Industries, Inc.
    By their attorney,

    John L. O'Brien, Jr., Esq.
    BBO# 375885
    O'Brien & von Rosenvinge, P.C.
    27 Mica Lane, Suite 202
    Wellesley, MA 02481
    (781) 239-9988

DATED: 10/14/04

Spcl Appr NMG2

## CERTIFICATE OF SERVICE

    I, John J. O'Brien, Jr., attorney for the defendants, hereby certify that on this day I forwarded a true copy of the Notice of Special Appearance by first class mail, postage pre-paid, to the following counsel of record:

Ronald M. Davids, Esq.  
40 Washington Street - Suite 250  
Wellesley, MA 02481  
(781) 416-5066  
BBO # 115110  

Samuel J. Rosenthal, Esq.  
Rudolph V. De George, II, Esq.  
Barish Law Offices, P. C.  
1601 Cherry Street  
Three Parkway - 13th Floor  
Philadelphia, PA 19102  

DATED: 10/14/04

_____  
John J. O'Brien, Jr.